FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANNE K. TORRES,<br><br>              Plaintiff,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>              Defendant. | NO: 4:24-CV-5013-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal. ECF No. 10. The parties agree that the above-entitled matter may be dismissed with prejudice and without costs or attorneys' fees to either party. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Dismissal, ECF No. 10, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or attorneys' fees to either party.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED July 2, 2024.



*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2